UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RUTH PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:11-CV-132 (CEJ) |
| ) | |
| PEMISCOT MEMORIAL HEALTH ) | |
| SYSTEMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the parties' joint stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of defendants Pemiscot Memorial Health Systems, Affinity Healthcare, Inc., and Benton Bloom from this action with prejudice. Fed.R.Civ.P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2014.