# United States District Court
EASTERN DISTRICT OF MISSOURI

FILED
NOV 20 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

RUTH PIERCE, by Shirley Dodd,
Guardian and Conservator,

    Plaintiff,

v.

CASE NUMBER: 1:11CV00132CEJ

BONNIE MOORE and
JAMES PANG,

    Defendants.

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of plaintiff Ruth Pierce against defendant Bonnie Moore, judgment is entered in favor of defendant Bonnie Moore. **IT IS FURTHER ORDERED AND ADJUDGED** that on the claim of plaintiff Ruth Pierce against defendant James Pang, judgment is entered in favor of defendant James Pang. The plaintiff shall bear the costs of this action.

Gregory J. Linhares
CLERK OF COURT

November 20, 2014
DATE

By: *Cathy Gould*

DEPUTY CLERK